UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, *on behalf of herself and all other persons similarly situated*,

Plaintiff,

– against –

JCOMMERCE HOLDINGS, LLC, and
JCOMMERCE LLC,

Defendants.

**<u>ORDER</u>**

23-cv-05227 (ER)

<u>Ramos, D.J.:</u>

Donna Hedges filed this action on June 20, 2023.  Doc. 1.  A summons was issued for Jcommerce Holdings, LLC, on June 21, 2023.  Doc. 5.  Hedges filed an amended complaint on August 8, 2023.  Doc. 6.  That same day, counsel for both defendants entered an appearance. Doc. 8.  A summons was issued for Jcommerce LLC on August 9, 2023.  Doc. 10.  There has been no subsequent activity on the docket.

Hedges is directed to submit a status letter by May 29, 2024.  Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Hedges is reminded that under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

It is SO ORDERED.

Dated:   May 22, 2024
         New York, New York

_____

EDGARDO RAMOS, U.S.D.J.