UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

JCOMMERCE HOLDINGS, LLC, AND
JCOMMERCE LLC,

           Defendants.
---------------------------------------- x

No.: 1:23-cv-5227

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, JCOMMERCE HOLDINGS, LLC and JCOMMERCE LLC, without prejudice and without fees and costs.

Dated: New York, New York
       June 7, 2024

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Edgardo Ramos
United States District Judge